**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | **CASE NO. 2:18-MD-2846**<br>**JUDGE EDMUND A. SARGUS, JR.**<br>**MAGISTRATE JUDGE KIM JOLSON** |
| **This document relates to:**<br>**Searle v. CR Bard et al.,**<br>**Case No. 2:21-cv-4809** | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Dismiss (ECF No. 4), in which Plaintiff requests dismissal with prejudice. Therefore, the Court **GRANTS** the Motion to Dismiss (ECF No. 4) and **DISMISSES AS MOOT** Plaintiff's Motion to Substitute Party (ECF No. 3). The Clerk is **DIRECTED** to **ENTER JUDGMENT** in Defendant's favor and **CLOSE** this case.

    IT IS SO ORDERED.


**9/13/2023**                                                                       **s/Edmund A. Sargus, Jr.**
**DATE**                                                                            **EDMUND A. SARGUS, JR.**
                                                                                  **UNITED STATES DISTRICT JUDGE**